UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CANH M. HOANG | CIVIL ACTION |
| VERSUS | NO. 10-1888 |
| NATIONAL BOARD OF<br>MEDICAL EXAMINERS | SECTION "B" (2) |

# ORDER

As requested by counsel for all parties, a **Settlement Conference** is set in this case on **NOVEMBER 18, 2010 at 2:00 p.m.** before me.

New Orleans, Louisiana, this ___8th___ day of October, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. IVAN L.R. LEMELLE**