MINUTE ENTRY
WILKINSON, M. J.
NOVEMBER 18, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CANH M. HOANG | CIVIL ACTION |
| VERSUS | NO. 10-1888 |
| NATIONAL BOARD OF MEDICAL EXAMINERS | SECTION "B" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. After discussions among the parties following brief remarks by the court, counsel reported that a settlement has been reached. By copy of this minute entry, Judge Lemelle is advised so that he may enter an appropriate conditional dismissal order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. IVAN L.R. LEMELLE**

MJSTAR: 0 : 25