UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CANH M. HOANG | CIV. A. NO.: 10-cv-1888 |
| | DIV/SECT: |
| VERSUS | JUDGE:   LEMELLE |
| | MAG. JUDGE: WILKINSON |
| NATIONAL BOARD OF MEDICAL EXAMINERS | |

**MOTION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes **PLAINTIFF, CANH M. HOANG, M.D.**, who respectfully submits the following MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS in the above-captioned matter, to wit:

1.

The parties herein having reached an agreement resolving all claims between them, and a dismissal without prejudice having been previously entered into the record *sua sponte*, now respectfully move this Honorable Court to DISMISS WITH PREJUDICE the claims, demands, counterclaims and cause of action in the above-captioned Complaint.

WHEREFORE, Plaintiff, Canh M. Hoang, M.D., respectfully prays that this Honorable Court DISMISS WITH PREJUDICE all claims as to all parties, with each party to bear its own costs.

Date:   December 15, 2010.

Respectfully submitted:

**LITTLEJOHN LAW FIRM, L.L.C.**

s/ *Douglas A. Littlejohn*
_____

**Douglas A. Littlejohn (T.A.)**
La. Bar Roll No.: 28381
The Plaza Building
327 North Boulevard, Suite 213A
P.O. Box 3433
Baton Rouge, LA 70802
Telephone:  (225) 388-9820
Facsimile:   (866) 498-2396
E-mail:       doug@littlejohnlawfirm.com

**MCGLYNN, GLISSON & MOUTON,
ATTORNEYS AT LAW**

s/ *Benjamin P. Mouton*
_____

**Benjamin P. Mouton**
La. Bar Roll No.:
340 Florida Street
P.O. Box 1909
Baton Rouge, LA   70801
Telephone:  (225) 344-3555
Facsimile:   (225) 344-3666
E-mail:       ben@mcglynnglisson.com

*Attorneys for Plaintiff, Canh M. Hoang*

**Certificate of service**:

I hereby certify that on December 15, 2010, in Baton Rouge, Louisiana, the foregoing was sent via facsimile and/or Electronic mail to counsel for Defendant (un-enrolled):

| | |
|---|---|
| **Elisa P. McEnroe, Esq**.<br>Morgan, Lewis & Bockius, L.L.P.<br>1701 Market Street<br>Philadelphia, PA   19103-2921<br>emcenroe@morganlewis.com | S/ *Douglas A. Littlejohn*<br>_____<br>Douglas A. Littlejohn |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CANH M. HOANG | CIV. A. NO.: 10-cv-1888 |
| | DIV/SECT: |
| VERSUS | JUDGE:    LEMELLE |
| | MAG. JUDGE: WILKINSON |
| NATIONAL BOARD OF MEDICAL EXAMINERS | |

**ORDER**

FOR THE AFOREMENTIONED REASONS OF LAW AND FACT:

It is hereby ORDERED, ADJUDGED AND DECREED, that the Plaintiff, Canh M. Hoang's Motion to Dismiss with Prejudice, all claims, demands, counterclaims and causes of action in the above captioned matter is GRANTED.

This done, in New Orleans, Louisiana, on this _____ day of _____, 2010.

_____
**Hon. Ivan R. L. Lemelle, Judge**
**U.S. District Court for the Eastern District of Louisiana**