UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CANH M. HOANG** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 10-1888** |
| | * | |
| **NATIONAL BOARD OF MEDICAL EXAMINERS** | * | **SECTION "B"(2)** |

<u>ORDER</u>

Considering Plaintiff's Motion to Dismiss (Rec. Doc. No. 9);

**IT IS ORDERED** that said motion is **DISMISSED AS MOOT,** in light of this Court's Order of December 1, 2010 dismissing this case (Rec. Doc. No. 8).

New Orleans, Louisiana, this 16th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE